IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:06cv256

| | |
|---|---|
| CONBRACO INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KEMPER INSURANCE COMPANIES ) | |
| and LUMBERMENS MUTUAL ) | |
| CASUALTY CO., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' Joint Status Report [Doc. 17], in which the parties advise the Court that the parties have reached a settlement.

Based upon the parties' representations, **IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **November 14, 2008.**

Signed: October 14, 2008

Martin Reidinger
United States District Judge